UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT COOPER ENGST, et al., | |
| Plaintiffs, | |
| v. | C19-2074 TSZ |
| USAA CASUALTY INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion, docket no. 35, brought by attorneys Isaac Ruiz, William Smart, and McKean Evans for leave to withdraw as counsel of record for Plaintiffs, and for the substitution of attorney Thomas Lether and The Lether Law Group, is GRANTED. Isaac Ruiz, William Smart, McKean Evans, and Ruiz & Smart Plaintiff Litigation PLLC are granted leave to withdraw, effective immediately; and

(2) The Clerk is directed to correct the docket to reflect that Thomas Lether and The Lether Law Group are substituted as counsel of record for Plaintiffs and to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1