UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT COOPER ENGST; and
ANNA SUSAN ENGST,

        Plaintiffs,

  v.

USAA CASUALTY INSURANCE
COMPANY,

        Defendant.

C19-2074 TSZ

ORDER

Counsel having advised the Court in their Notice of Settlement, docket no. 70, that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 25th day of February, 2022.

                                              /s/ Thomas S. Zilly
                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1